R. J. HARMS, d/b/a R. J. HARMS TRUCKING & EXCAVATING, Plaintiff-Appellant, v. BEN OLSON, Defendant-Appellee.

(Nos. 55612, 55703 cons.; )

First District—April 17, 1972.

*Rehearing denied May 16, 1972.*

Opinion by Mr. PRESIDING JUSTICE GOLDBERG.

Simon & Ingram, of Chicago, (Robert B. Simon, John D. Ingram, and E. Jacob McClosky, of counsel,) for appellant.

Blair & Prempas, of Chicago, (Ronald E. Blair and Louis J. Prempas, of counsel,) for appellee.